PROB 35

**ORDER TERMINATING SUPERVISION
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.            ) | **Docket Number:**  1:07CR00027-01 LJO |
| ) | |
| KEITH BEYER ) | |
| ) | |

On May 1, 2009, the above-named commenced a 3-year term of supervision.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.  **The Government has been informed and does not object to this recommendation for early termination.**

Respectfully submitted,

/s/ Adrian Garcia

**ADRIAN GARCIA
United States Probation Officer**

Dated:      May 3, 2011
            Fresno, California
            AG/rmv

**REVIEWED BY:**     /s/ Robert A. Ramirez
            **ROBERT A. RAMIREZ
            Supervising United States Probation Officer**

**Re: BEYER, Keith**
**Docket Number: 1:07CR00027-01 LJO**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the offender be discharged from supervised release, and that the proceedings in the case be terminated.

AG/rmv

Attachment: Recommendation

cc: United States Attorney's Office
FLU Unit, AUSA's Office
Fiscal Clerk, Clerk's Office

IT IS SO ORDERED.

**Dated:   May 5, 2011**                                   **/s/ Lawrence J. O'Neill**
                                                          UNITED STATES DISTRICT JUDGE